FILED

2017 Dec-29 AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama

Terry Carstarphen
              Plaintiff,

      vs.

Andre Phillips
Kendrick Gadson
K. Speaks
Raymond Gaines
T. Turnbull
R. Brown
Leon Bolling
Ofc. Young
Sgt. Snelson, Ofc. Edmonson, Defendants.

Jury Trial Demanded

2:17-cv-02188-LSC-JHE

2017 DEC 28 P 12 14

U.S. _____
N.D. OF ALABAMA

          Civil Complaint For Conspiracy to
          Violate My Constitutional Rights,
          Violation of My Constitutional
          Rights, and Violation of the
          Federal RICO Statute

1. Plaintiff is currently incarcerated at W. E. Donaldson
CF, in Bessemer, AL.

2. All defendants are currently employed by the
ADOC at W. E. Donaldson CF.

3. All defendants are being sued in their individual
capacity.

## Claim One

4. On April 12, 2017, there was an institutional lockdown due to an incident where an officer was stabbed on the "South Side" area of the prison, consisting of dorms K, L, M, N, and O.

5. At the time of the incident, I lived in C-dorm, which housed 96 people on 4 tier, with each tier housing 24 people each. During lockdown, each dorm is released one 24-man tier at a time.

6. My assigned tier of 24 people exited the dorm and entered the corridor that leads to the main hallway. There were no officers in the corridor, but there was a phalanx of officers that lined the hallway from the hallway exit all the way to the dining hall.

7. When I exited the ~~hall~~ corridor, Ofc. Gaines pointed at me and asked, "Ah, who said that, you?" or to that affect. I looked at ofc. Gaines and, upon realizing that he was talking to me, I responded that, "no, I hadn't not said anything and that I was only headed to chow.

2

8. Ofc. Gaines then motioned for me to proceed. I turned and continued on to walk through the Metal detector.

9. After I walked through the metal detector, Ofc. Phillips approached me from behind and told me to step to the side and catch the wall. I proceeded to the wall and places both of my hands on the wall. I noticed that several officers had gathered behind me and that they were waiting for the corridor to clear, and all of the remaining 10-12 people went up the hallway.

10. As I was still standing with my hands on the wall, I requested to see a supervisor. Ofc. Phillips replied, "shut the fuck up." When I was in the process of repeating my request, Ofc. Phillips sprayed me with chemical mase. The chemical agent caused me to lose my breath and fall to the flow. Ofc. Gadson began striking me in the head with a metal baton, busting my head in the process.

By this time, officers Phillips, Speaks, Gaines, Turnbull, and Young were beating, kicking, and stomping on me.

3

11. While I was still on the ground balled up in the fetal position, Ofc. Brown came up and started assaulting me with a ring of atleast 8 sets of steel handcuffs. The force from these blows left my forearm/elbow split and severely swollen.

12. By this time, one of the officers had hit a code and three to four more officers were kicking, stomping and beating me throughout my entire body.

13. At no point during this incident did I ever resist or refuse any command or direct order given to me. I never removed my hands from the wall, and I never struck Ofc. Phillips or anyone else.

14. On the day of this incident, an officer had been stabbed. On every occasion when an officer has been stabbed, a small gang of officers have gathered up an went dorm to dorm assaulting multiple people. When Ofc.        was stabbed in Y-dorm, staff also beat two people in Y-block, and then went to C-D dorm and beat two more people known to me as D.O.A. (last name Brazier) and Amigo (first name Miguel).

4

15. On the day that I was beaten, Zackery Wilson, who also filed a civil complaint, was also attacked and beaten by several of the same officers who attacked and beat me. (Gadson, Speaks, Turnbull)

16. Ofc. Phillips, Ofc. Gadson, Ofc. Speaks, and Ofc Turnbull are all part of a group of officers that routinely attack, beat and use excessive force. Donaldson prison is recently settled a brutality and excessive force class-action lawsuit in 2012, and the U.S. Dept. of Justice is currently conducting a statewide excessive force investigation against ADOC.

17. These officers are part of a core group of appx 8-10 officers that are involved in appx. 75% of all attacks and use of force incidents at Donaldson.

18. In a lawsuit and complaint processed by J. Mallory, is was revealed by an ADOC supervisor that Warden Leon Boiling has issued an unofficial policy directive to beat inmates to establish compliance and instill fear.

A. In order to justify their excessive use of force, and brutality in this incident, Ofc. Phillips alleged at the disciplinary hearing that he heard someone make the statement, "all officers need to [be or get] stabbed." Since this incident, several of these same defendants, including Ofc. Gadson and Ofc. Phillips, have been involved in the beating of Myron Flowers, where they used the exact same allegation to justify severely beating him. Atleast one other person was beaten on that day as well.

20. No one is ever charged with making the threatening statement, but multiple people are always beaten and the same group of officers are always involved. These officers are functioning as part of a corrupt organization that has protection from accountability and authority to act from Warden Leon Bolling.

## Count II.

21. When the first incident on the main hallway ended, plaintiff was taken to the infirmary. While in the infirmary waiting area, plaintiff was under the supervision of Sgt. Snelson, Ofc. Gadson, and Ofc. Edmonson.

22. Ofc. Edmonson walked up and poked me in my head and in the area where my head was already busted with a metal baton. At this time I was handcuffed and saturated with chemical spray/mace. When I raised my head, Ofc. Gadson, who weighs over 270 lbs, blindside punched me in the side of my head near my temple.

23. When I asked Sgt. Snelson to stop his officers from beating me, he told me to "shut the f... up" and made multiple homophobic slurs.

24. Sgt. Snelson is no longer a sergeant. His rank was taken from him because he was involved in multiple, unprovoked use of excessive force incidents while still on probation. He has also been named as a defendant in multiple civil complaints at Holman prison.

25. This instance of use of force is especially brutal because my hands and feet were tied, and I was strapped with my hands to the back to hitch/ring posts. I could not pose any threat, nor could I defend myself in any way.

7

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Terry Carstarphen
_____
*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

2017 DEC 28 P 12: 14

U.S. ........ COURT
N.D. OF ALABAMA

Case No. _____
*(to be filled in by the Clerk's Office)*

**2:17-cv-02188-LSC-JHE**

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I.     The Parties to this Complaint

### A.     The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Terry Carstarphen |
| All other names by which you have been known: | |
| ID Number | 265373 |
| Current Institution | Donaldson CF |
| Address | 100 Warrior Lane |
| | Bessemer          AL          35023 |
| | *City*          *State*          *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Andre Phillips |
| Job or Title *(if known)* | C.O.I |
| Shield Number | |
| Employer | Ala. Dept. of Corrections / Donaldson CF |
| Address | 100 Warrior Lane |
| | Bessemer          AL          35033 |
| | *City*          *State*          *Zip Code* |

☒ Individual Capacity     ☐ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Leon Bolling |
| Job or Title *(if known)* | Warden I |
| Shield Number | |
| Employer | ADOC / Donaldson CF |
| Address | 100 Warrior Lane |
| | Bessemer          AL          35023 |
| | *City*          *State*          *Zip Code* |

☒ Individual Capacity     ☒ Official Capacity

2

Defendant No. 3

Name     _Kendrick Gadson_

Job or Title *(if known)*     _C.O. I_

Shield Number

Employer     _ADOC/ Donaldson CF_

Address     _100 Warrior Lane_

    _Bessemer_     _AL_     _35023_

         *City*         *State*       *Zip Code*

☒ Individual Capacity     ☐ Official Capacity

Defendant No. 4

Name     _See attached for complete_

Job or Title *(if known)*     _list of names of all 8_

Shield Number     _defendants_

Employer

Address

         *City*         *State*       *Zip Code*

☒ Individual Capacity     ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     _8th Amendment, Federal RICO statute, §18 USC 241-243_

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants acted as correctional officers who are employers
of ADOC

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other
    *(explain)*  _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the hallway outside of C·D corridor on April 12,
2017.

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_April 12, 2017 at appx. 5:15 pm_

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See attached statement of facts_

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

_Bust head, severely beaten and swollen arm, swelling to face, body, and legs, including bruises_

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_Award damages as listed in the attached statement of facts._

_Plaintiff seeks damages of atleast $50,000 from each defendant._

_Plaintiff seeks a declaration that the defendants Bolling have an institutional pattern or practice of using excessive force, beatings and attacks to instill fear, compliance, and coercion as a matter of policy._

_Plaintiff seeks special, treble, and punitive damages of atleast $50,000 from each defendant._

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

    W. E. Donaldson CF

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐    Yes

☒    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

_____

_____

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?

_____

3.  What was the result, if any?

_____

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

_____

_____

_____

_____

_____

_____

_____

7

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

        ADOC does not have a grievance process

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        I filed a complaint to the Warden. No response

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    My family contacted the ADOC about the incident

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐  Yes

☒  No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☒  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

_____

9

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff    Terry Carstarphen

Prison Identification #    265373

Prison Address    100 Warrior Lane

Bessemer                AL        35023
City                    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7-23-17
(Date)

Signature of Plaintiff

10